UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                     **CRIMINAL NO. 4:09cr30 TSL JCS**

**TRAVIS HALL**

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1 and 2 of the Criminal Indictment, filed October 7, 2009, against the defendant, TRAVIS HALL, without prejudice.

                                                      DONALD R. BURKHALTER
                                                      United States Attorney

                                                       By: /s/Patrick A. Lemon
                                                       PATRICK A. LEMON
                                                       Mississippi Bar No. 9740

Leave of Court is granted for the filing of the foregoing dismissal of Count 1 and Count 2.

ORDERED this 21st day of January, 2010.

                                                       /s/Tom S. Lee
                                                       HONORABLE TOM S. LEE
                                                       UNITED STATES DISTRICT JUDGE